IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANTHONY PENDERGAST, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV271 |
| | ) | |
| v. | ) | |
| | ) | |
| AFFILIATED FOODS MIDWEST COOPERATIVE, | ) | REASSIGNMENT ORDER |
| | ) | |
| Defendant. | ) | |

It has come to this court's attention that Magistrate Judge F.A. Gossett was assigned in error to this case.

THEREFORE, IT IS ORDERED that this case is reassigned to District Judge Richard G. Kopf for disposition and to Magistrate Judge David L. Piester for judicial supervision and processing of all pretrial matters.

IT IS FURTHER ORDERED that Filing No. 3, which was incorrectly filed in this case, is ordered stricken from the record.

DATED this 13th day of June, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge