IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 SEP 22 AM 10: 59

OFFICE OF THE CLERK

| | | |
|---|---|---|
| ANTHONY PENDERGAST, | ) | Case Number: 8:05CV271 |
| Plaintiff, | ) | |
| v. | ) | CONSENT TO EXERCISE |
| | ) | OF JURISDICTION BY A |
| | ) | UNITED STATES MAGISTRATE JUDGE |
| AFFILIATED FOODS MIDWEST, | ) | AND |
| COOPERATIVE, INC., A Nebraska | ) | ORDER OF REFERENCE |
| Domestic Corporation, | ) | |
| Defendant | ) | |

**CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| *Kathleen Koenig Rockey* | For: Anthony Pendergast, Plaintiff | 9-15-05 |
| *Thomas C. Lauritsen* | For: Affiliated Foods Midwest Cooperative, Inc., Defendant | 9-16-05 |

**ORDER OF REFERENCE**

IT IS HEREBY ORDERED that this case be referred to the Honorable David Piester, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

9/22/05
Date

*[signature]*
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY IF** ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

k:\clerk\proc\forms\consent.frm
08/15/03