IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANTHONY PENDERGAST, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV271 |
| | ) | |
| v. | ) | |
| | ) | ORDER OF |
| AFFILIATED FOODS MIDWEST COOPERATIVE, INC., a Nebraska Domestic Corporation, | ) ) ) | DISMISSAL |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

The joint stipulation of the parties, filing 29, is approved and this action is dismissed with prejudice, each party to pay their own costs.

DATED this 28th day of March, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge